```
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 08/26/09
```



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

CHARLES JULIUS STAVINOHA
KARLA MARIE PERRIZO

Case No. 09-05677-KL3-7

    Debtor(s)

## ORDER

Upon the motion of First National Bank, and for other cause to the court shown;

IT IS HEREBY ORDERED that the time within which parties may file objections to the discharge of the debtor pursuant to 11 U.S.C. §§ 523 and 727 is hereby extended to 10/17/09.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Robert H. Waldschmidt*
ROBERT H. WALDSCHMIDT (#4657)
Attorney for First National Bank
**HOWELL & FISHER, PLLC**
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
615/244-3370; 615/259-2179 (fax)
rhw76tr@aol.com

cc:    Roy DeSha

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.