IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| **CHARLES JULIUS STAVINOHA,** | ) | Case No. 09-05677 |
| **SS#: xxx-xx-4390, and** | ) | Judge Lundin |
| **KARLA MARIE PERRIZO,** | ) | Chapter 7 |
| **SS#: xxx-xx-4829,** | ) | |
| **4282 North Chapel Road** | ) | |
| **Franklin, Tennessee 37067** | ) | |
| | ) | |
| **Debtors.** | ) | |

## NOTICE OF CHANGE OF ADDRESS

COME the within Debtors and hereby give notice of their following change of address effective immediately:

        Charles J. Stavinoha and Karla M. Perrizo
        4282 North Chapel Road
        Franklin, Tennessee 37067

        Respectfully submitted,

        /s/ Roy C. DeSha, Jr.
        Roy C. DeSha, Jr.
        DeSha Watson, PLLC
        1106 Eighteenth Avenue South
        Nashville, Tennessee 37212
        Telephone: (615) 369-9600
        Facsimile: (615) 369-9613
        roy@deshalaw.com

        Attorney for Debtors

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of September, 2009, a copy of the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent either by operation of the Court's electronic filing system and or by U. S. Mail, postage prepaid to U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203. Parties may access this filing through the Court's electronic filing system.

                    /s/ Roy C. DeSha, Jr.
                    Roy C. DeSha, Jr.